UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
April 29, 2024
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MICHAEL ANDREW SCOTT,

    Defendant.

Case No. 2:24-cr-00097-KJM

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release  MICHAEL ANDREW SCOTT, Case No. 2:24-cr-00097-KJM, Charge 18 U.S.C. § 1343, from custody for the following reasons:

    __X__  Release on Personal Recognizance

    _____  Bail Posted in the Sum of $ _____

          _____  Unsecured Appearance Bond $ _____

          _____  Appearance Bond with 10% Deposit

          _____  Appearance Bond with Surety

          _____  Corporate Surety Bail Bond

          __X__  (Other): Pretrial Services supervision with conditions.

Sacramento County Jail is further ORDERED to release the defendant with a __X__ 30-day supply of any medications the defendant is receiving from the jail.

Issued at Sacramento, California on April 29, 2024 at 2:30 p.m.

By: _____
Magistrate Judge Jeremy D. Peterson