PHILLIP A. TALBERT
United States Attorney
DHRUV M. SHARMA
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:24-CR-0097 KJM |
|---|---|
| Plaintiff, | STIPULATION AND ORDER ADDING PRE-TRIAL CONDITION OF RELEASE |
| v. | |
| MICHAEL ANDREW SCOTT, | |
| Defendant. | |

**STIPULATION**

The United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. Defendant made his initial appearance and was arraigned on April 29, 2024, on an indictment charging him with four counts of wire fraud.

2. The government did not seek detention and defendant was released pursuant to a set of thirteen special conditions. (*See* ECF No. 11).

3. The government has since been made aware that defendant has been contacting people that the government believes are victims and/or witnesses of the conduct charged in the indictment. Accordingly, the parties, with the approval of the Pre-Trial Services Officer, hereby stipulate to impose the following additional special condition of release:

1

*14. You must not associate or have any contact with victims/witnesses unless in the presence of counsel or otherwise approved in advance by the pretrial services officer.*

IT IS SO STIPULATED.

Dated: May 29, 2024                      Respectfully submitted,

                                               PHILLIP A. TALBERT
                                               United States Attorney

                                     By:   /s/ *DHRUV M. SHARMA*
                                                 DHRUV M. SHARMA
                                                 Assistant United States Attorney

Dated: May 29, 2024                 By:   */s/ Candice L. Fields*
                                                 CANDICE L. FIELDS
                                                 Counsel for MICHAEL
                                                 ANDREW SCOTT

## **ORDER**

IT IS SO FOUND AND ORDERED.

DATED: May 29, 2024           /s/ DEBORAH BARNES
                                     UNITED STATES MAGISTRATE JUDGE