```
PHILLIP A. TALBERT
United States Attorney
DHRUV M. SHARMA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for the United States of America
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>MICHAEL ANDREW SCOTT,<br><br>   Defendant. | Case No.:  2:24-CR-00097 KJM<br><br>**STIPULATION FOR THE DEPOSIT OF FUNDS INTO THE COURT'S DEPOSIT FUND; ORDER**<br><br>[No Hearing Requested] |

The United States of America and Defendant ("Parties") hereby request that this Court approve the following stipulation:

**RECITALS**

On April 25, 2024, the United States filed an Indictment charging Defendant with four counts of wire fraud, in violation of 18 U.S.C. § 1343.  Defendant pleaded guilty to that charge on October 8, 2024, pursuant to a written plea agreement.  ECF Nos. 26, 28.

**STIPULATION**

1. Pursuant to the plea agreement, Defendant agrees to pay at least $25,000.00 to the Clerk of the Court no later than January 14, 2025.

2. The Parties agree that, upon receipt, the Clerk should deposit the payment(s) into the Court's deposit fund.

///

3. Once the imposed judgment is entered and docketed, the Parties agree that the funds should then be transferred to Defendant's criminal case and applied towards his criminal monetary penalties in the order stated in the Schedule of Payments section of the Judgment.

FOR THE UNITED STATES:

                              PHILLIP A. TALBERT
                              United States Attorney

Dated: October 15, 2024      By:    */s/ Dhruv M. Sharma*
                              DHRUV M. SHARMA
                              Assistant United States Attorney

FOR THE DEFENDANT:

Dated: October 15, 2024      By:    */s/ Candice Fields*
                              CANDICE FIELDS
                              Attorney for the Defendant

**ORDER**

The Court, having reviewed the court files and the Parties' Stipulation, and good cause appearing therefrom, hereby APPROVES the Stipulation. Accordingly, IT IS ORDERED that:

1. Defendant shall pay at least $25,000.00 no later than January 14, 2025, to the Clerk of the Court. The funds may be paid directly by Defendant or by any individual or entity on his behalf. The payment instrument(s) shall be made out to the "Clerk of the Court" and be delivered by mail or in person to:

>   OFFICE OF THE CLERK
>   Re:  Case No:2:24-CR-00097 KJM
>   501 I Street, Room 4-200
>   Sacramento, CA  95814

2. Upon receipt, the Clerk shall deposit the payment(s) into the Court's deposit fund.

3. Once the imposed judgment is entered and docketed, the funds shall be transferred to Defendant's criminal case and applied towards his criminal monetary penalties in the order stated in the Schedule of Payments section of the Judgment.

**IT IS SO ORDERED.**

DATED:  October 23, 2024.

_____
UNITED STATES DISTRICT JUDGE