MICHELE BECKWITH
Acting United States Attorney
DHRUV M. SHARMA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL ANDREW SCOTT,<br><br>Defendant. | CASE NO. 2:24-CR-00097-KJM<br><br>STIPULATION AND ORDER TO AMEND JUDGMENT TO INCLUDE ADDITIONAL CLAIMS FOR RESTITUTION |

Plaintiff United States of America, by and through its undersigned attorney of record, and defendant MICHAEL ANDREW SCOTT, both individually and by and through his counsel of record, hereby stipulate as follows:

1. On October 8, 2024, SCOTT pled guilty to one count of Wire Fraud pursuant to a plea agreement. (*See* ECF No. 28). In the plea agreement, among other provisions, SCOTT agreed: (i) that his offense conduct was governed by the Mandatory Victim Restitution Act; and (ii) to pay the full amount of restitution to all victims affected by his offense in a total amount between $338,843.51 and $550,000. (*See* ECF No. 26).

2. On February 18, 2025, SCOTT was sentenced to a term of imprisonment of 33 months and ordered to pay restitution in the amount of $376,044.83. (*See* ECF No. 39). At the sentencing hearing, the parties were made aware of two additional victims, and resolved on the record to conduct further investigation and stipulate to an amended restitution amount if appropriate.

3. On February 21, 2025, the Court entered a Judgement and Commitment that ordered SCOTT to pay total restitution of $376,044.83 to sixteen (16) identified victims in individually listed amounts. (*See* ECF No. 40).

4. The parties have since completed their investigation. In addition to the two victims discussed at the sentencing hearing, the parties have investigated additional claims presented by a further two victims.

5. SCOTT hereby agrees to pay restitution to the following additional victims in the amounts stated:

| | |
|---|---|
| Jeffrey Campbell, Sacramento, CA | $32,000.00 |
| Tay Nguyen, Sacramento, CA | $12,000.00 |
| Abby Gonik, Sacramento, CA | $4,500.00 |
| Alex Bot, Rocklin, CA | $10,200.00 |

6. SCOTT further agrees that the total amount of restitution owed shall now be $434,744.83 so as to incorporate the above-stated amounts. SCOTT agrees that, as to these additional victims, his conduct is governed by the Mandatory Victim Restitution Act.

7. The parties stipulate to and request that the Court issue an amended judgment: (i) reflecting the new total amount of restitution owed of $434,744.83 on Sheet 5, in the section entitled "Criminal Monetary Penalties"; and (ii) including the additional victims identified and listing the individual restitution amounts owed on Sheet 5B.

IT IS SO STIPULATED

Dated: 4/2/25                                    /s/ Candice Fields

                                                 CANDICE L. FIELDS
                                                 Attorney for Defendant

Dated: 4/2/25

/s/ Michael Andrew Scott
MICHAEL ANDREW SCOTT
Defendant

Dated: April 2, 2025

MICHELE BECKWITH
Acting United States Attorney

By: Dhruv Sharma
DHRUV M. SHARMA
Assistant United States Attorney

## ORDER

Pursuant to the Mandatory Victim Restitution Act, 18 U.S.C. § 3663A, SCOTT shall pay restitution to the following additional victims in the amounts stated:

| | |
|---|---|
| Jeffrey Campbell, Sacramento, CA | $32,000.00 |
| Tay Nguyen, Sacramento, CA | $12,000.00 |
| Abby Gonik, Sacramento, CA | $4,500.00 |
| Alex Bot, Rocklin, CA | $10,200.00 |

An Amended Judgment and Commitment shall issue: (i) amending the total restitution amount owed to $434,744.83 on Sheet 5, in the section entitled "Criminal Monetary Penalties" and; (ii) adding the victims and amounts listed above to the list of victims previously identified on Sheet 5B.

IT IS SO FOUND AND ORDERED this 3rd day of April, 2025.

_____
UNITED STATES DISTRICT JUDGE